

**OFFICE OF THE UNITED STATES TRUSTEE**
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

FILED
2010 MAR 22 PM 1:03
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

TO: Ron Arth

DATE: March 17, 2010

# TRANSMITTAL OF CHAPTER 7 FINAL ACCOUNT(S) UNCLAIMED FUNDS CHECK(S)

This office completed review of the Trustee's Final Account, Certification that the estate has been fully administered, application for Discharge and if applicable for transmittal of unclaimed funds pursuant to FRBP 3011, submitted by Leslie Gladstone.

Attached is a check for unclaimed or uncashed funds payable to the Registry of the U.S. Bankruptcy Court pursuant to Federal Rule of Bankruptcy Procedure 3011. Stop payment notices have been issued to the bank for each of the uncashed checks.

The United States Trustee requests that the clerk accept the attached check for unclaimed funds for deposit into the Registry of the U.S. Bankruptcy Court.

Combio Corporation, a California Corporation          Check No. 1098
Case No. 01-09193-PB7                                 Amount of check for
                                                      Registry is $12,943.67